IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08CV00726-RPM-CBS

MARCELLA CAWIEZELL,

Plaintiff,

v.

CENTURA HEALTH CORPORATION, a Colorado Corporation,

Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

Upon consideration of Defendant Centura Health Corporation's Unopposed Motion for Leave to File Supplemental Declaration in Support of Motion for Summary Judgment [20], it is

ORDERED that the Motion is granted and the Declaration of Andrea Y. Coleman attached thereto is accepted for filing.

DONE this 24th day of March 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge