IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00726-RPM

MARCELLA CAWIEZELL,

      Plaintiff,

v.

CENTURA HEALTH CORPORATION,

      Defendant.

---

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION OF EXTENSION OF TIME TO RESPOND TO MOTION TO FILE SUPPLEMENTAL EXHIBIT

---

      On April 3, 2009, the plaintiff filed a Motion for Leave to File Supplemental Exhibit in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment, attaching the exhibit to the motion.  On April 23, 2009, the defendant file a motion for extension of time to respond to the motion to file supplemental exhibit.  No response is necessary.  The exhibit is relevant to the plaintiff's position and it is therefore

      ORDERED that the plaintiff's motion to file supplemental exhibit is granted, the exhibit is received and the defendant's motion extension of time is denied.

      Dated: April 24th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

      .                              _____
                                  Richard P. Matsch, Senior District Judge