IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00726-RPM

MARCELLA CAWIEZELL,

      Plaintiff,

v.

CENTURA HEALTH CORPORATION,

      Defendant.

---

ORDER FOR ENTRY OF JUDGMENT

---

      Pursuant to the oral findings and conclusions made or record at the hearing held today, it is

      ORDERED that the defendant's motion for summary judgment is granted.  The Clerk will enter judgment dismissing the plaintiff's claims in this action and awarding defendant costs.

      Dated: June 4th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch

      .                                Richard P. Matsch, Senior District Judge